# Third District Court of Appeal

## State of Florida

Opinion filed August 2, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-981
Lower Tribunal No. F10-24648

_____

**Roque Torres,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, William Altfield, Judge.

Roque Torres, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, C.J., and MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.